UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUL 14 2015 ★

BROOKLYN OFFICE

| | |
|---|---|
| SAURI J. MOREL,<br><br>                            Plaintiff,<br><br>        v.<br><br>SPECIAL AGENT DANIEL REED, Immigration and Customs Enforcement ("ICE") Narcotics Smuggling Unit, SPECIAL AGENT JOHN LATTUCA, ICE Narcotics Smuggling Unit, SPECIAL AGENT MICHAEL FERNANDEZ, ICE Narcotics Smuggling Unit,<br><br>                            Defendants. | Civil Action No. CV-11-1808<br>(Irizarry, J.)<br>(Bloom, M.J.) |
| SAURI J. MOREL,<br><br>                            Plaintiff,<br><br>        v.<br><br>UNITED STATES OF AMERICA;<br><br>                            Defendant. | Civil Action No. CV-12-5145 ✓<br>(Irizarry, J.)<br>(Bloom, M.J.)<br><br>[Consolidated Case] |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties of the above-entitled actions, by their respective undersigned attorneys, that Plaintiff's Consolidated Amended Complaint and all claims therein, including, but not limited to, all claims asserted against defendants Reed, Lattuca, Fernandez, and the United States of America, be and hereby are dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

[NEWYORK 3085535_1]

*Stipulation of Dismissal With Prejudice*
*Morel v. Reed, et al.* 11-CV-1808 (DLI)(LB)/*Morel v. United States*, 12-CV-5145 (DLI)(LB)

Each party hereto agrees that this dismissal is without costs or fees. The parties further agree that no further suit will be instituted for the same causes of action which have been asserted herein, or for any other causes of action arising out of the incidents or circumstances which gave rise to this lawsuit.

Dated: July 7, 2015
New York, New York

By: _____Avam E. Loft / MEM w/ permission_____

CLEARY GOTTLIEB STEEN & HAMILTON LLP
*Attorneys for Plaintiff*
One Liberty Plaza
New York, New York 10006

Dated: July __, 2015
Brooklyn, New York

By: _____[signature]_____
Seth D. Eichenholtz

KELLY T. CURRIE
Acting United States Attorney
Eastern District of New York
*Attorney for Defendants Reed, Lattuca, and Fernandez, and United States of America*
271 Cadman Plaza East
Brooklyn, New York 11201

Assistant United States Attorney
(718) 254-7036
Seth.Eichenholtz@usdoj.gov

SO ORDERED this

__14th__ day of __July__, 2015

s/Dora L. Irizarry
_____
HONORABLE DORA L. IRIZARRY
United States District Judge

[NEWYORK 3085535_1]